UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 1:09-cr- 39 |
| ) | Judge Collier/Carter |
| KELLY SANDERS ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about January 15, 2008, in the Eastern District of Tennessee, the defendant, KELLY SANDERS, did knowingly, intentionally and without authority possess with intent to distribute a mixture and substance containing cocaine base (also known as "crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT TWO

The Grand Jury further charges that on or about January 15, 2008, in the Eastern District of Tennessee, the defendant, KELLY SANDERS, did knowingly, intentionally and without authority possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT THREE

The Grand Jury further charges that on or about January 15, 2008, in the Eastern District of Tennessee, the defendant, KELLY SANDERS, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm; in violation of Title 18, United States Code, Section 922(g).

        A TRUE BILL

        /s/ Grand Jury Foreperson
        FOREPERSON OF THE GRAND JURY

JAMES R. DEDRICK
United States Attorney

By: /s/ Terra Bay
    Terra Bay
    Assistant U.S. Attorney